IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
Nashville

| | | |
|---|---|---|
| In re: | : | |
| | | CHAPTER 11 |
| LEN SALAS | : | CASE No. 18-02662 |
| | | JUDGE: HARRISON |
| Debtor | : | |

| | | |
|---|---|---|
| NICOLAAS BREKELMANS AND GAIL GREGORY BREKELMANS, | : | |
| CO-PERSONAL REPRESENTATIVES | : | |
| OF THE ESTATE OF NINA | | |
| BREKELMANS, et al | : | |
| Plaintiffs | : | |
| v. | : | Adversary Proceeding No. 3:20-ap-90027 |
| MAX SALAS | : | |
| Defendant | : | |

PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

COME NOW the Plaintiffs herein, by and through their undersigned counsel and, in support of their Motion for Summary Judgment states as follows:

1. In accordance with Rule 56 of the Federal Rules of Civil Procedure, as made applicable in bankruptcy adversary proceedings and contested matters pursuant to Fed. R. Bankr. P. 7056, the Plaintiffs assert that they are entitled to summary judgment on Counts I, II, IV, V, VI, of their amended complaint filed herein.

2. The Plaintiffs further assert that there are no disputed, material facts regarding the complaint causes of action and the Plaintiffs are entitled to judgment as a matter of law.

3. A detailed memorandum supporting the Plaintiffs' motion is attached hereto.

WHEREFORE, the Plaintiffs pray for an order granting their Motion, approving the schedule set forth hereinabove and for such other and further relief consistent with the foregoing Motion.

    Respectfully submitted,

    BUTCH, PORTER & JOHNSON, PLLC


    By: /s/ Taylor A. Cates
    130 North Court Avenue
    Memphis, TN 38103
    901-524-5165
    901-524-5000 (fax)
    Tacates@bpjlaw.com

    LAW OFFICE OF PHILIP J. McNUTT, PLLC

    By:  /s/ Philip J. McNutt
    Philip J. McNutt
    11921 Freedom Drive, Ste 584
    Reston, VA 20190
    703-904-4380
    202-379-9217 (fax)
    Pmcnutt@mcnuttlawllc.com

    COUNSEL FOR THE PLAINTIFFS

<u>Certificate of Service</u>

I HEREBY CERTIFY THAT a copy of the foregoing Motion, along with the Plaintiffs Memorandum and accompanying exhibits, was delivered electronically, on the 29th day of July, 2022 through the Court's ecf noticing system to the following:

    THOMPSON BURTON PLLC
    Phillip Young
    One Franklin Park
    6100 Tower Circle, Ste 200
    Franklin, TN 37067
    615-465-6008
    615-807-3048 (fax)

-2-

Case 3:20-ap-90027   Doc 73   Filed 07/29/22   Entered 07/29/22 18:53:45   Desc Main
Document    Page 2 of 3

phillip@thompsonburton.com

 /s/ Philip J McNutt
Philip J. McNutt