### Page 41

1  believe the owner to be a trust known as 1610 Salas
2  Trust; is that correct?
3     A    That may be what it says, but that's not
4  what I know.
5     Q    Then in your similar answer to
6  interrogatory 3 in the Brekelmans set, you contend
7  some other person is the owner of the property in
8  question and you believe that to be the trust known
9  as 1610 Salas Trust?
10    A    Are you asking are these two different
11 answers to the same question?
12    Q    I am asking if I have correctly
13 identified your sworn answer to those two questions.
14    A    My smart answer?
15    Q    Sworn.
16    A    Oh, my sworn. Are you asking if that's
17 the same question and I have answered different
18 ways?
19       MR. BARNES:  No, he's not he's asking if
20 that was your answer to both of those questions.
21    A    The answer is here and I signed it. If
22 it means something that I thought it meant at the

### Page 42

1  time, I can tell you that nobody owns that property
2  but me.
3     Q    You are not the legal owner of the
4  property, are you?
5     A    Yes, I am, sir.
6     Q    Are you identified in any record in the
7  District of Columbia as the owner of the property?
8     A    I don't know but I know I own it.
9     Q    Are you identified on any document of any
10 governmental authority identifying you as the owner
11 of the property?
12    A    I don't know that, sir, but I know I own
13 it.
14    Q    You know that the records identify your
15 son Len Salas as the owner; isn't that true?
16    A    I don't know that, sir, but I now I own
17 it.
18    Q    Who is the 1610 Salas Trust?  What is it?
19    A    I don't know -- I mean it's a trust
20 that -- there's a trust called CLR, CLR Trust, it's
21 our trust.
22    Q    You say our trust. Who is "our"? Whose

### Page 43

1  trust is it?
2     A    I believe it's my son's and mine.
3     Q    I'm going to come to CLR in a minute
4  that's not what the answer says, and I'm going to
5  ask you what is the 1610 Salas Trust. Why did you
6  identify it here?
7     A    Okay. So because when people paid their
8  rent, they made the rent out to CLR --
9     Q    I didn't ask you who CLR is, sir. I am
10 going to come to that.
11    A    Do you understand did I just tell you CLR
12 Trust?
13    Q    But both answers identify 1610 Salas
14 Trust so I'm asking you is there such an entity.
15    A    So this is wrong.
16    Q    There is no 1610 Salas Trust?
17    A    There is a 1610 Trust doing business as
18 CLR.
19    Q    When was the trust created?
20    A    I don't recall.
21    Q    Who created the trust? In other words,
22 who is the seller who transferred the properties to

### Page 44

1  the trustee?
2     A    I don't know the answer to who is the
3  trustee.
4     Q    That is the person who was holding the
5  property for the beneficiary?
6     A    I believe I am, but I'm not sure.
7     Q    Who is the beneficiary of the trust
8  that's the person for whose benefit the property is
9  being held?
10    A    Isn't that the same question?
11    Q    No. I asked you who was the trustee that
12 is the person holding the property for the benefit
13 of a beneficiary and you said you thought it was you
14 but you are not sure, correct?
15    A    So what's the other question?
16    Q    The other question is who is the
17 beneficiary, for whose benefit is the property being
18 held?
19    A    I mean I don't know. I mean I know what
20 I think but I don't know.
21    Q    What do you think?
22    A    I think it's my property.

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

Case 3:20-ap-90027    Doc 73-3    Filed 07/29/22    Entered 07/29/22 18:53:45    Desc
Exhibit 1 M Salas Deposition Transcript    Page 1 of 1