

**Len Salas <lensalas77@gmail.com>**

# RE: Trust
1 message

**Stanley Goldstein** <SGoldstein@capitoltitle.com>  Wed, Jun 22, 2011 at 8:50 AM
To: "MaxSalas@aol.com" <MaxSalas@aol.com>
Cc: "lensalas77@gmail.com" <lensalas77@gmail.com>, "ronsalas@salaslegal.com" <ronsalas@salaslegal.com>, Lynne Boileau <LBoileau@capitoltitle.com>

Max-

By copy of this email, I am sending your email to Lynne Boileau, Esq. who will contact you.

Thanks,

Stan

---

**From:** MaxSalas@aol.com [MaxSalas@aol.com]
**Sent:** Tuesday, June 21, 2011 12:05 PM
**To:** Stanley Goldstein
**Cc:** lensalas77@gmail.com; ronsalas@salaslegal.com
**Subject:** Fwd: Trust

I sent it to the wrong e mail before

> From: MaxSalas@aol.com
> To: s.goldstein@capitoltitle.com
> CC: lensalas77@gmail.com, ronsalas@salaslegal.com
> Sent: 6/21/2011 11:51:54 A.M. Eastern Daylight Time
> Subj: Fwd: Trust
>
> Stan-
>
> As per our conversation I am sending you the e-mail from my son prepared to documents Ron also my other son, Len is the gentleman who will quick claim deed to the trust.
> I am the trustee other information for the documents can be requested from Ron Salas , who was copied on this e-mail.  Please let me know what you need me next.  I will also send you over a in a different e-mail.  Tax identification for the trust,
>
> At the end of the day.  We need to have done is have Lenny sign a quick claim deed into the trust, which has been extend lives by my son, Ron, in Colorado
>
> Hope this is not too confusing
>
> Thank you,
> sincerely yours,
>
> Max Salas
>
>> From: ronsalas@salaslegal.com
>> To: MaxSalas@aol.com, lensalas77@gmail.com
>> Sent: 6/17/2011 2:45:54 P.M. Eastern Daylight Time
>> Subj: Trust
>>
>> Gentlemen –

Case 3:20-ap-90027    Doc 73-5    Filed 07/29/22    Entered 07/29/22 18:53:45    Desc
Exhibit 7 - emails June 2011 - February 2012 2-12    Page 1 of 16
LenSalas000016

The 1610 Riggs Property Trust has been registered with the State of Colorado and the IRS. The attached document is the Trust's EIN. The number is to be used as the Trust's "Social Security Number". A bank account should be opened using this number. The name and number should also be used to finance the property. Please note that Income Taxes on the Trust must be filed annually.

The next step is for someone in DC to draft a Quitclaim Deed in order to move the property from the possession of Len to the Trust. The document should be straight forward and will need to be signed by at least the grantor, Len. In some "states" both parties may need to sign so check with the drafter of the deed. The deed will then need to be filed with the District/City. Let me know if you have any other questions.

By the way Happy Birthday, Len and Happy Father's Day, Dad.

Ron

Ron Salas, Esq.

5205 S. College Ave, Suite B

Fort Collins, CO 80525

Phone (970) 232-3330

Fax (877) 667-2860

ronsalas@salaslegal.com

www.thesalaslawfirm.com



**CONFIDENTIALITY NOTICE**: This e-mail transmission and any accompanying documents contain information belonging to the sender which may be confidential and attorney-client or attorney-work-product privileged. This information is intended only for the use of the recipient named above and any other person who has been specifically authorized herein to receive it, and the referenced legal privileges are not waived by virtue of the information having been sent by e-mail. If you are not the intended recipient, you are hereby notified that any use, disclosure, distribution, copying, or action taken in reliance upon the contents of the information contained in this e-mail is strictly prohibited. If you have received this e-mail in error, or if any problems occur with the transmission, please immediately notify the sender. Thank you.

Case 3:20-ap-90027 Doc 73-5 Filed 07/29/22 Entered 07/29/22 18:53:45 Desc
Exhibit 7-Emails June 2018-February 2012-2-12 Page 3 of 16
SSalas000018



**Len Salas <lensalas77@gmail.com>**

# Re: trust #
1 message

**maxsalas@aol.com** <maxsalas@aol.com>  
To: Len Salas <lensalas77@gmail.com>  
Wed, Jun 22, 2011 at 3:19 PM

NO

Max Salas 202 271 2800

----- Reply message -----  
From: "Len Salas" <lensalas77@gmail.com>  
Date: Wed, Jun 22, 2011 3:47 pm  
Subject: trust #  
To: "maxsalas@aol.com" <maxsalas@aol.com>

Yeah, I saw that. But that is not what I asked. I asked if you used this EIN # to set up a bank acct with a bank either BB&T or bank of america or Suntrust.

Sent from my iPhone

On Jun 22, 2011, at 12:09 PM, "maxsalas@aol.com" <maxsalas@aol.com> wrote:

> I sent you a copy of the email yesterday
>
> Max Salas 202 271 2800
>
> ----- Reply message -----
> From: "Len Salas" <lensalas77@gmail.com>
> Date: Wed, Jun 22, 2011 10:58 am
> Subject: trust #
> To: "MaxSalas@aol.com" <MaxSalas@aol.com>
>
> Have you contacted a bank to set up an acct for the trust?
>
> Sent from my iPhone
>
> On Jun 21, 2011, at 12:04 PM, MaxSalas@aol.com wrote:
>
>> please see the attached,
>>
>> <EINNumber trust.pdf>
>
> =

Case 3:20-ap-90027  Doc 73-5  Filed 07/29/22  Entered 07/29/22 18:53:45  Desc
Exhibit 27 - emails June 2011 - February 2012 2-12  Page 4 of 16

lensalas000022

https://mail.google.com/mail/... 1/1



**Len Salas <lensalas77@gmail.com>**

# trust paper work
1 message

**Max Salas** <m.salas@cornet.com>  Tue, Jan 17, 2012 at 5:02 PM
To: "ljboileau@goldsteinandlevey.com" <ljboileau@goldsteinandlevy.com>
Cc: Ron Salas <ronsalas@salaslegal.com>, Len Salas <lensalas77@gmail.com>

Dear Lynn,

As per our conversation, today please find the trust paper work information. If you need additional information let me know what need. I have copied both my sons on this email Ron Salas is in Colorado, He is the attorney that did the trust work.

Len Salas was also copied on this e-mail is who quit claimed the property over to the trust.

There are two different requests:

One is to get Lenny's name off of the property. (want to do this asap)

The second request is to refinance the property under the name of the trust.

Please feel free to contact either Ron or Len for any clarification.

Ron phone # is 970 214 6356

Len phone # is 202 246 4901


**Max Salas,**


**Senior VP Corporate Development**

**Cornet Technology, Inc.**

**6800 Versar Center , Suite 216**

**Springfield** Virginia 22151

**Direct phone 703-658-6163**

**Mobile phone 202-271-2800**

[M.Salas@cornet.com](M.Salas@cornet.com)

---


trust information.pdf
8801K



**Len Salas <lensalas77@gmail.com>**

## trust paper work
1 message

**Max Salas** <m.salas@cornet.com>  Tue, Jan 17, 2012 at 5:23 PM
To: "ljboileau@goldsteinandlevey.com" <ljboileau@goldsteinandlevy.com>
Cc: Ron Salas <ronsalas@salaslegal.com>, Len Salas <lensalas77@gmail.com>

Dear Lynn,

As per our conversation, today please find the trust paper work information. If you need additional information let me know what need. I have copied both my sons on this email Ron Salas is in Colorado, He is the attorney that did the trust work.

Len Salas was also copied on this e-mail is who quit claimed the property over to the trust.

There are two different requests:

One is to get Lenny's name off of the property. (want to do this asap)

The second request is to refinance the property under the name of the trust.

Please feel free to contact either Ron or Len for any clarification.

Ron phone # is 970 214 6356

Len phone # is 202 246 4901

**Max Salas,**

**Senior VP Corporate Development**

**Cornet Technology, Inc.**

**6800 Versar Center , Suite 216**

**Springfield** Virginia 22151

**Direct phone 703-658-6163**

**Mobile phone 202-271-2800**

[M.Salas@cornet.com](M.Salas@cornet.com)

---


 trust information.pdf
8801K



**Len Salas** <lensalas77@gmail.com>

## Re: trust paper work
1 message

**Len Salas** <lensalas77@gmail.com>  Fri, Feb 24, 2012 at 7:22 PM
To: Max Salas <m.salas@cornet.com>

Where are we on this?

Len Salas
lensalas77@gmail.com
202-246-4901 (mobile)

On Tue, Jan 17, 2012 at 6:23 PM, Max Salas <m.salas@cornet.com> wrote:

> Dear Lynn,
>
> As per our conversation, today please find the trust paper work information.  If you need additional information let me know what need.  I have copied both my sons on this email  Ron Salas is in Colorado,  He is the attorney that did the trust work.
>
> Len Salas was also copied on this e-mail is who quit claimed the property over to the trust.
>
> There are two different requests:
>
> One is to get Lenny's name off of the property. (want to do this asap)
>
> The second request is to refinance the property under the name of the trust.
>
> Please feel free to contact either Ron or Len for any clarification.
>
> Ron phone # is  970 214 6356
>
> Len phone  # is  202 246 4901

**Max Salas,**

**Senior VP Corporate Development**

**Cornet Technology , Inc.**

**6800 Versar Center , Suite 216**

**Springfield** Virginia 22151

**Direct phone 703-658-6163**

**Mobile phone 202-271-2800**

**M.Salas@cornet.com**

Case 3:20-ap-90027  Doc 73-5  Filed 07/29/22  Entered 07/29/22 18:53:45  Desc
Exhibit 7 - emails June 2011 & February 2012  Page 10 of 16

MSalas000028

https://mail.google.com/mail/... 2/2



**Len Salas <lensalas77@gmail.com>**

# Re: trust paper work
1 message

**Maxs** <m.salas@cornet.com>     Fri, Feb 24, 2012 at 9:04 PM
To: Len Salas <lensalas77@gmail.com>

    Still working on this ..,,Iam in Miami will be back soon

    Max Salas 202-271-2800

    On Feb 24, 2012, at 8:22 PM, Len Salas <lensalas77@gmail.com> wrote:

> Where are we on this?
>
> Len Salas
> lensalas77@gmail.com
> 202-246-4901 (mobile)
>
> On Tue, Jan 17, 2012 at 6:23 PM, Max Salas <m.salas@cornet.com> wrote:
>
>> Dear Lynn,
>>
>> As per our conversation, today please find the trust paper work information. If you need additional information let me know what need. I have copied both my sons on this email Ron Salas is in Colorado, He is the attorney that did the trust work.
>>
>> Len Salas was also copied on this e-mail is who quit claimed the property over to the trust.
>>
>> There are two different requests:
>>
>> One is to get Lenny's name off of the property. (want to do this asap)
>>
>> The second request is to refinance the property under the name of the trust.
>>
>> Please feel free to contact either Ron or Len for any clarification.
>>
>> Ron phone # is 970 214 6356

Len phone # is 202 246 4901

**Max Salas,**

**Senior VP Corporate Development**

**Cornet Technology , Inc.**

**6800 Versar Center , Suite 216**

**Springfield** Virginia 22151

**Direct phone 703-658-6163**

**Mobile phone 202-271-2800**

**M.Salas@cornet.com**

 **Len Salas <lensalas77@gmail.com>**

# RE: trust paper work
1 message

**Max Salas** <m.salas@cornet.com>  Mon, Feb 27, 2012 at 10:08 AM
To: Len Salas <lensalas77@gmail.com>

Len,

can you send over the original e-mail I will check with Lynn again and try to move this thing along. Thanks

Max Salas,

Senior VP Corporate Development

Cornet Technology , Inc.

6800 Versar Center , Suite 216

Springfield Virginia 22151

Direct phone 703-658-6163

Mobile phone 202-271-2800

M.Salas@cornet.com

**From:** Len Salas [mailto:lensalas77@gmail.com]
**Sent:** Friday, February 24, 2012 8:23 PM
**To:** Max Salas
**Subject:** Re: trust paper work

Where are we on this?

Len Salas
lensalas77@gmail.com

202-246-4901 (mobile)

On Tue, Jan 17, 2012 at 6:23 PM, Max Salas <m.salas@cornet.com> wrote:

Dear Lynn,

As per our conversation, today please find the trust paper work information. If you need additional information let me know what need. I have copied both my sons on this email Ron Salas is in Colorado, He is the attorney that did the trust work.

Len Salas was also copied on this e-mail is who quit claimed the property over to the trust.

There are two different requests:

One is to get Lenny's name off of the property. (want to do this asap)

The second request is to refinance the property under the name of the trust.

Please feel free to contact either Ron or Len for any clarification.

Ron phone # is 970 214 6356

Len phone # is 202 246 4901

**Max Salas,**

**Senior VP Corporate Development**

**Cornet Technology , Inc.**

**6800 Versar Center , Suite 216**

**Springfield** Virginia 22151

**Direct phone** 703-658-6163

**Mobile phone** 202-271-2800

[M.Salas@cornet.com](M.Salas@cornet.com)

Case 3:20-ap-90027   Doc 73-5   Filed 07/29/22   Entered 07/29/22 18:53:45   Desc
Exhibit 7 - emails June 2011 & February 2012   Page 15 of 16
MSalas000033



**Len Salas <lensalas77@gmail.com>**

## Getting house changed over into trust name
1 message

**Max** <maxsalas@aol.com>  Mon, Feb 27, 2012 at 7:42 PM
To: "lboileau@capitoltitle.com" <lboileau@capitoltitle.com>
Cc: Len Salas <lensalas77@gmail.com>, Ron Salas <ronsalas@salaslegal.com>

Hi Lynn, about a month and a half back I sent you information in reference to documents of the house 1610 Riggs. NW

please let me know when it be convenient for you.

My son and I are anxious and would like to close on this as soon as possible please let us know what the next that are from our side

We look forward to working with you what are the next steps?

Thanking you in advance

Sincerely yours

Max Salas 202-271-2800

Case 3:20-ap-90027    Doc 73-5    Filed 07/29/22    Entered 07/29/22 18:53:45    Desc
Exhibit 7 - emails June 2011 - February 2012    Page 16 of 16

lensalas000034

https://mail.google.com/mail/... 1/1