| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Max E. Salas** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF DISTRICT OF COLUMBIA | |
| Case number | 18-00260 | |
| (if known) | | |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

| | |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B........................................................... | $ 2,500,000.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B................................................. | 578,729.01 |
| 1c. Copy line 63, Total of all property on Schedule A/B.......................................................... | 3,078,729.01 |

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

| | |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D...* | $ 1,037,592.78 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $ 7,429.09 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | 15,667,684.30 |
| **Your total liabilities** | $ 16,712,706.17 |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*.............................................................. | $ 3,269.98 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*......................................................... | 16,851.76 |

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9 for statistical purposes. 28 U.S.C. § 159.

■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum       Summary of Your Assets and Liabilities and Certain Statistical Information       page 1 of 2

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Case 3:20-ap-90027   Doc 73-6   Filed 07/29/22   Entered 07/29/22 18:53:45   Desc
Exhibit 9 M Salas Schedules Excerpt   Page 1 of 37

Debtor 1   **Max E. Salas**                                                          Case number *(if known)*   **18-00260**

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                                $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ 7,429.09 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ _____ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ 7,429.09 |

| Fill in this information to identify your case and this filing: |
|---|

| Debtor 1 | **Max E. Salas** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF DISTRICT OF COLUMBIA | | |
| Case number | 18-00260 | | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1

**1610 Riggs Place, NW**
Street address, if available, or other description

| **Washington** | **DC** | **20009-0000** |
|---|---|---|
| City | State | ZIP Code |

County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Property held in name of 1610 Riggs Property Trust through unrecorded 2010 Quitclaim Deed
trust collapsed on creation through merger to convey property to debtor
DC Records displays owner as Len Salas
Contains furnished basement that is possible to be rented as a seperate unit, but which debtor currently is using as part of personal residence with remainder of property**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$2,500,000.00** | **$2,500,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Owner**

☐ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here............................................................=>**

**$2,500,000.00**

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Max E. Salas** | | Case number *(if known)* | **18-00260** |
|---|---|---|---|---|

**3.  Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☑ No
☐ Yes

**4.  Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.......................................................=>**

| $0.00 |
|---|

| Part 3: | Describe Your Personal and  Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6.  Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☑ Yes.  Describe.....

| **\*\*See Attached List\*\*** | $14,000.00 |
|---|---|

| Previously damaged and restored personal property being held in storage by Columbia Restoration **\*\*See attached list for property description\*\*** | $2,000.00 |
|---|---|

**7.  Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☑ Yes.  Describe.....

| HP Laptop 18 in. MacBook Pro 13 in. IPad 10 In. IPhone 6 | $200.00 |
|---|---|

**8.  Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☑ No
☐ Yes.  Describe.....

**9.  Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☐ No
☑ Yes.  Describe.....

| 1 set Taylor-Made Golf Clubs and Bag 1 set Titelist Golf Clubs and Bag | $300.00 |
|---|---|

| 1 Precor home treadmill | $1,500.00 |
|---|---|

Schedule A/B: Property

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | **Max E. Salas** | | Case number *(if known)* | **18-00260** |

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☑ No
☐ Yes. Describe.....

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
☑ Yes. Describe.....

| **11 suits, 2 tuxedos, 7 pairs of shoes, and 15-20 business shirts, 7-8 pairs of pants, various golf wearing apparel and other wearing apparel.** | $500.00 |

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
☑ Yes. Describe.....

| **Timex watch** | $25.00 |
| **Gold costume jewelry ring** | $20.00 |

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☑ No
☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
☐ No
☑ Yes. Give specific information.....

| **Hearing aides** | $300.00 |
| **Framed Family Pictures** | $100.00 |

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ...........................................................................** | $18,945.00 |

| **Part 4:** | Describe Your Financial Assets |

Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
☑ Yes...................................................................

| **Cash on hand** | $200.00 |

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
☑ Yes........................ | Institution name:

Debtor 1    **Max E. Salas**    Case number *(if known)*    **18-00260**

| | | | |
|---|---|---|---|
| 17.1. | **Checking** | **Bank of America Core checking account** | **$1,779.24** |
| 17.2. | **Checking** | **Bank of America Interest Checking (in name of 1610 Riggs Property Trust, Max Salas Trtee)** | **$334.96** |
| 17.3. | **Other financial account** | **BB&T bank account x5086 (CLR, Inc.)** | **$29,624.97** |
| 17.4. | **Other financial account** | **BB&T bank account x1095 (CLR, Inc. - Construction Account)** | **$39.68** |
| 17.5. | **Other financial account** | **BB&T bank account (1610 Riggs Property Trust)** | **$6,429.44** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☑ No
    ☐ Yes.................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☑ No
    ☐ Yes.  Give specific information about them...................
        Name of entity:    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ☑ No
    ☐ Yes. Give specific information about them
        Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ☑ Yes. List each account separately.
        Type of account:    Institution name:
        **401(k)**    **T. Rowe Price/Cornet, Inc. 401(k)**    **$505,435.72**

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☑ No
    ☐ Yes. ....................    Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ☑ No
    ☐ Yes.............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☑ No
    ☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☐ No
    ☑ Yes.  Give specific information about them...

Official Form 106A/B    Schedule A/B: Property    page 4
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 3:20-ap-90027    Doc 73-6    Filed 07/29/22    Entered 07/29/22 18:53:45    Desc
Exhibit 9 M Salas Schedules Excerpt    Page 6 of 37

| Debtor 1 | **Max E. Salas** | Case number *(if known)* | **18-00260** |

| Interest in 1610 Riggs Property Trust -<br>Establishes Debtor as sole-trustee and sole-beneficiary<br>Trust terminated through merger to grant ownership of trust<br>property to debtor | **$0.00** |

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ☑ No
   ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ☑ No
   ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |

28. **Tax refunds owed to you**
   ☑ No
   ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ☑ No
   ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
   ☑ No
   ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☐ No
   ☑ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
| --- | --- | --- |
| **Interest in Life Insurance Policy through employer Cornet Technology, Inc.**<br>**Interest to terminate upon full retirement on May 3, 2018**<br>**$0.00 refund value** | **Ron Salas** | **$0.00** |
| **Interest in health, vision, and dental insurance policies through employer Cornet Technology, Inc.**<br>**$0.00 cash value** | | **$0.00** |
| **Interest in Casualty Insurance - Progressive**<br>**$0.00 cash value** | | **$0.00** |

Debtor 1    **Max E. Salas**                                    Case number *(if known)*    **18-00260**

---

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
☑ No
☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
☐ No
☑ Yes.  Describe each claim.........

| | |
|---|---|
| Potential claim against Encompass Insurance for unpaid insurance funds due under policy | Unknown |
| Contract claim against Fusion Contracting Group for deficient and unperformed renovation work | Unknown |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☑ No
☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
☑ No
☐ Yes.  Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.............................................................................................................

| |
|---|
| $543,844.01 |

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
☑ No. Go to Part 6.
☐ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
☑ No
☐ Yes.  Describe.....

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☑ No
☐ Yes.  Describe.....

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
☑ No
☐ Yes.  Describe.....

41. **Inventory**
☑ No
☐ Yes.  Describe.....

42. **Interests in partnerships or joint ventures**
☐ No
☑ Yes.  Give specific information about them...................
Name of entity:                                    % of ownership:

---

Official Form 106A/B                                    Schedule A/B: Property                                    page 6

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **Max E. Salas** | Case number *(if known)* | **18-00260** |

| | | | |
|---|---|---|---|
| **1610 Riggs Property Trust a/k/a CLR, Inc.** **(Collapsing trust with full ownership vesting in Max Salas of all trust property)** | **100%** % | | **Unknown** |

**43.  Customer lists, mailing lists, or other compilations**

☑ No.

☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

☑ No
☐ Yes.  Describe.....

**44.  Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information.........

**45.  Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**.....................................................................................................

| | $0.00 |

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** If you own or have an interest in farmland, list it in Part 1. |

**46.  Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes.  Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

**53.  Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership

☐ No
☑ Yes. Give specific information.........

| Washington Nationals MLB season tickets | $10,000.00 |
|---|---|
| Washington Wizards NBA season basketball tickets | $5,940.00 |
| Policy holder for potential insurance payout to third parties for liability from 2015 house fire - Encompass Insurance | Unknown |

**54.  Add the dollar value of all of your entries from Part 7. Write that number here**  ....................................

| | $15,940.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor 1    **Max E. Salas**                                                      Case number *(if known)*    **18-00260**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ..................................................................................................... | | **$2,500,000.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$0.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$18,945.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$543,844.01** | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** + | **$15,940.00** | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$578,729.01** | Copy personal property total    **$578,729.01** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$3,078,729.01** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Max E. Salas
18-00260

## 6. Home Furnishings

FIRST FLOOR:

### Front Living Room

1 Living Room Sofa
2 Swivel Chairs
1 8x10 Rug
1 Lucite Table
2 Green 29" Lamps
1 Round Coffee Table
1 Large Art Work Giclee
1 64 inch Flatscreen Samsung TV

### Dining Room

2 Dining Banquettes
1 Dining Room Table
3 Lucite Counter Stools
1 Bar Tray/Table Credenza

### Media Room/TV Entertainment

2 Blue Leather Chairs
1 7x7 Navy Rug
1 Chrome Bar Cart
1 Media Credenza
1 64 inch Flatscreen Samsung TV

SECOND FLOOR

### Front Bedroom

1 King Size Bed
1 King Size Mattress and Box Spring
1 Double Dresser
1 Night Stand
1 Brass Floor Mirror
1 50 inch Samsung TV

### Office/Study

1 36 inch Old File Cabinet Mahogany

CORE/3502869.0002/139318349.1

Case 3:20-ap-90027    Doc 73-6    Filed 07/29/22    Entered 07/29/22 18:53:45    Desc
Exhibit 9 M Salas Schedules Excerpt    Page 11 of 37

1 36 inch Old Mahogany Credenza
1 24 inch Coffee Table
1 Desk
1 HP 4500 Printer
1 HP 1600 Black-and-White Printer
1 24 inch Samsung monitor
1 Desk Lamp
1 40 inch Flatscreen Television Samsung

THIRD FLOOR

Upstairs Front Bedroom

1 Queen Size Metal Bed
1 Queen Size Ikea Mattresses
2 Grey and Beige Club Chairs
1 8x10 Low Shag Rug
1 Grey Lamb Ottoman
1   50 inch Samsung TV

Upstairs Rear Bedroom

1 queen upholstered bed
1 Queen Size IKEA Mattress
1 Brown/Tan Chair
1 Coffee Table
1 and Table
1 White Lamp
1 46 inch Samsung Flatscreen Television


BASEMENT

Front Basement Room

1 50 inch Flatscreen Television
1 Queen Size Murphy Bed with Mattress and Box Springs

Back Basement Room

1 40 inch Flatscreen Television
1 Queen Size Bed with mattress and Box Springs

OTHER
Household dishes, glasses, and silverware

**Property held in storage at Columbia Restoration listed on the following three (3) pages:

Job Name: **Salas**

Date: 7/17/2015

| Tag # | Room | Item | Description | C/N | RTN | Tech Init. |
|---|---|---|---|---|---|---|
| 1 | Backroom | Box packed | Books/VHS | | | D.W. |
| 2 | Backroom | Box packed | Books/VHS | | | D.W. |
| 3 | Backroom | Box packed | CD books VHS | | | D.W. |
| 4 | Backroom | Box packed | CD paper cards (desk) | | | C.K. |
| 5 | Backroom | Box packed | Books/VHS | | | |
| 6 | Backroom | Box packed | DVD books | | | |
| 7 | Backroom | Box packed | books tobacco case | | | |
| 8 | Backroom | Box packed | DVD books | | | |
| 9 | Backroom | Box packed | cars pins | | | |
| 10 | Backroom | Box packed | tobacco box papers | | | |
| 11 | Backroom | Box packed | VHS/CD | | | |
| 12 | Backroom | Box packed | books cigar boxes | | | D.W. |
| 13 | Backroom | Box packed | shoe cleaning kit books | | | |
| 14 | Backroom | Box packed | books, CD's dups cords | | | |
| 15 | Backroom | Box packed | papers | | | C.K. |
| 16 | Backroom | Box packed | papers | | | D.W. |
| 17 | Backroom | Box packed | fax CDs papers desk | | | C.K. |
| 18 | Backroom | Box packed | pics papers | | | D.W. |
| 19 | Backroom | Box packed | cigars books CDs | | | D.W. |
| 20 | Backroom | Box packed | surround sound cords | | | D.W. |
| 21 | Backroom | Box packed | cigars tobacco | | | C.K. |
| 22 | Backroom | Box packed | CDs | | | D.W. |
| 23 | Backroom | Box packed | golf pins cigar box | | | D.W. |
| 24 | Backroom | Box packed | basketballs footballs | | | D.W. |
| 25 | Backroom | Box packed | cigar boxes | | | C.K. |
| 26 | Backroom | Box packed | misc. | | | D.W. |
| 27 | Backroom | Box packed | pics | | | D.W. |

Job Name: Salas    Date: 7/17/2015

| Tag # | Room | Item | Description | Condition | C/N | RTN |
|---|---|---|---|---|---|---|
| 100 | Backroom | table | 4 piece end table set, made to be like book covers on it | covered in dust & debris. Further evaluation needed after dust/debris removed | | |
| 101 | Backroom | bookcase | tall bookcase/dresser 5.5' tall, wooden | completely covered with soot, dust & dirt. Can not evaluate condition until cleaned, can see some rub marks and scratches through dirt. | | |
| 102 | Backroom | art | 30 x 20 picture frame with 2 women showing their bottoms | covered in dust/debris. Further evaluation needed after dust/debris removed | | |
| 103 | Backroom | art | 6' x 2' frame of Marilyn Monroe | frame discolored from cigar smoke, cardboard is bowed, covered in soot/debris. Further evaluation needed after dust/debris removed but overall poor condition | | |
| 104 | Backroom | sports equipment | 12 piece golf set | all of the clubs are covered in soot & debris, leather case covered in dust/debris, looks old & worn, smoke patches all over. Further evaluation needed after dust/debris removed | | |
| 105 | Backroom | art | 20 x 40 picture frame of actual tobacco leaf | covered in dust/debris. Further evaluation needed after dust/debris removed | | |
| 106 | Backroom | stereo equipment | Bose speaker of some sort | covered in dust & debris. Further evaluation needed after dust/debris removed | | |
| 107 | Backroom | art | 46" picture frame Samsung | scratches and scrapes all over. Covered in dust & debris. Further evaluation needed after dust/debris removed | | |
| 109 | Backroom | chair | wooden kitchen with beige upholstered seat | covered in dust/debris. Upholstery is discolored. Further evaluation needed after dust/debris removed | | |
| 110 | Backroom | case | wooden tobacco case | covered in dust/debris/smear marks. Further evaluation needed after dust/debris removed | | |
| 111 | Backroom | art | 12 x 30 glass frame of golf ornaments | covered in dust & debris, frame has rub marks, scratches and scrapes all over | | |
| 112 | Backroom | art | 10 x 12 picture frame with Hillary Clinton shaking a man's hand | covered in dust/debris. Further evaluation needed after dust/debris removed | | |
| 113 | Backroom | sports equipment | 15 piece golf set & upholstered holder | very worn, covered in dust/debris all over. Further evaluation needed after dust/debris removed | | |
| 114 | Backroom | lamp | fold down metal lamp | covered in dust & debris. Further evaluation needed after dust/debris removed | | |
| 115 | Backroom | heater | small heater Westpoint | covered in dust & debris, rub marks on front, some glue spots on front, additional evaluation needed after dust/debris removed | | |

| 116 | Backroom | chair | maroon leather sofa chair | totally worn top to bottom, covered in dust/debris/paint markings, worn all over, scratches/scapes all over |
| 120 | Backroom | hutch | top hutch for desk, wooden, brown | scratches & rub marks all over front, covered in dust and debris, additional evaluation needed after dust/debris removed |
| 121 | Backroom | desk | desk (goes with #120) | top has rub marks, scratches, scrapes, dents, dings, water marks, top is destroyed, bottom looks wilted, covered in dust/debris. Additional evaluation needed after dust/debris removed |
| 122 | Backroom | sofa | Sofa, burgundy leather | scratches, scrapes, tears to sofa all over, very worn, poor condition, covered in dust/debris |
| 135 | Backroom | fax machine | fax machine Hewlett-Packard | very old, so much smoke around has been discolored. Further evaluation needed after dust/debris removed |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Max E. Salas** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF DISTRICT OF COLUMBIA | | |
| Case number | 18-00260 | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **1610 Riggs Place, NW Washington, DC 20009**<br>**Property held in name of 1610 Riggs Property Trust through unrecorded 2010 Quitclaim Deed**<br>**trust collapsed on creation through merger to convey property to debtor**<br>**DC Records displays owner as Len Salas**<br>**Contains**<br>Line from *Schedule A/B*: **1.1** | $2,500,000.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **D.C. Code Ann. § 15-501(a)(14)** |
| **\*\*See Attached List\*\***<br>Line from *Schedule A/B*: **6.1** | $14,000.00 | ■ $8,621.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **D.C. Code Ann. § 15-501(a)(2)** |
| **Previously damaged and restored personal property being held in storage by Columbia Restoration \*\*See attached list for property description\*\***<br>Line from *Schedule A/B*: **6.2** | $2,000.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **D.C. Code Ann. § 15-501(a)(2)** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Max E. Salas**                                                    Case number (if known)    **18-00260**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own   Copy the value from *Schedule A/B* | Amount of the exemption you claim   *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **HP Laptop 18 in.**<br>**MacBook Pro 13 in.**<br>**IPad 10 In.**<br>**IPhone 6**<br>Line from *Schedule A/B*: **7.1** | $200.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | D.C. Code Ann. § 15-501(a)(2) |
| **1 set Taylor-Made Golf Clubs and Bag**<br>**1 set Titleist Golf Clubs and Bag**<br>Line from *Schedule A/B*: **9.1** | $300.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | D.C. Code Ann. § 15-501(a)(3) |
| **1 Precor home treadmill**<br>Line from *Schedule A/B*: **9.2** | $1,500.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | D.C. Code Ann. § 15-501(a)(2) |
| **11 suits, 2 tuxedos, 7 pairs of shoes, and 15-20 business shirts, 7-8 pairs of pants, various golf wearing apparell and other wearing apparell.**<br>Line from *Schedule A/B*: **11.1** | $500.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | D.C. Code Ann. § 15-501(a)(2) |
| **Timex watch**<br>Line from *Schedule A/B*: **12.1** | $25.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | D.C. Code Ann. § 15-501(a)(3) |
| **Gold costume jewelry ring**<br>Line from *Schedule A/B*: **12.2** | $20.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | D.C. Code Ann. § 15-501(a)(3) |
| **Hearing aides**<br>Line from *Schedule A/B*: **14.1** | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | D.C. Code Ann. § 15-501(a)(6) |
| **Framed Family Pictures**<br>Line from *Schedule A/B*: **14.2** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | D.C. Code Ann. § 15-501(a)(8) |
| **Cash on hand**<br>Line from *Schedule A/B*: **16.1** | $200.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | D.C. Code Ann. § 15-501(a)(3) |
| **Checking: Bank of America Core checking account**<br>Line from *Schedule A/B*: **17.1** | $1,779.24 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | D.C. Code Ann. § 15-501(a)(3) |
| **Checking: Bank of America Interest Checking**<br>**(in name of 1610 Riggs Property Trust, Max Salas Trtee)**<br>Line from *Schedule A/B*: **17.2** | $334.96 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | D.C. Code Ann. § 15-501(a)(3) |

Official Form 106C                    Schedule C: The Property You Claim as Exempt                    page 2 of 3

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Case 3:20-ap-90027    Doc 73-6    Filed 07/29/22    Entered 07/29/22 18:53:45    Desc
Exhibit 9 M Salas Schedules Excerpt    Page 17 of 37

Debtor 1   **Max E. Salas**                                                                                        Case number (if known)    **18-00260**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Other financial account: BB&T bank account x5086 (CLR, Inc.)**<br>Line from *Schedule A/B*: **17.3** | $29,624.97 | ■              $842.00<br>☐  100% of fair market value, up to any applicable statutory limit | **D.C. Code Ann. § 15-501(a)(3)** |
| **Other financial account: BB&T bank account x1095 (CLR, Inc. - Construction Account)**<br>Line from *Schedule A/B*: **17.4** | $39.68 | ■                $1.00<br>☐  100% of fair market value, up to any applicable statutory limit | **D.C. Code Ann. § 15-501(a)(3)** |
| **Other financial account: BB&T bank account (1610 Riggs Property Trust)**<br>Line from *Schedule A/B*: **17.5** | $6,429.44 | ■                $1.00<br>☐  100% of fair market value, up to any applicable statutory limit | **D.C. Code Ann. § 15-501(a)(3)** |
| **401(k): T. Rowe Price/Cornet, Inc. 401(k)**<br>Line from *Schedule A/B*: **21.1** | $505,435.72 | ☐<br>■  100% of fair market value, up to any applicable statutory limit | **D.C. Code Ann. § 15-501(a)(9)** |

3.  **Are you claiming a homestead exemption of more than $160,375?**
    (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☐   No

    ■   Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

         ■   No

         ☐   Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1    **Max E. Salas**
First Name    Middle Name    Last Name

Debtor 2
(Spouse if, filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    DISTRICT OF DISTRICT OF COLUMBIA

Case number    **18-00260**
(if known)

☐ Check if this is an amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

**2.1** Internal Revenue Service
Creditor's Name
**Cental Insolvency Operation PO Box 7346 Philadelphia, PA 19101-7346**
Number, Street, City, State & Zip Code

Describe the property that secures the claim:    **$6,766.92**    **Unknown**    **$0.00**

**All property**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)    IRS Tax Lien

Date debt was incurred    **2009, 2010, 2011**    Last 4 digits of account number    **2714**

**2.2** SunTrust Mortgage, Inc.
Creditor's Name

**ATTN: Client Services - RVW 30 P.O. Box 26149 Richmond, VA 23260-6149**
Number, Street, City, State & Zip Code

Describe the property that secures the claim:    **$1,030,825.86**    **$2,500,000.00**    **$0.00**

**1610 Riggs Place, NW Washington, DC 20009 Property held in name of 1610 Riggs Property Trust through unrecorded 2010 Quitclaim Deed trust collapsed on creation through merger to convey property to debtor DC Records displays owner as Len**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 2

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Max E. Salas** _____     Case number (if know)  **18-00260**

First Name          Middle Name          Last Name

☐ Debtor 1 and Debtor 2 only          ☐ Statutory lien (such as tax lien, mechanic's lien)

■ At least one of the debtors and another          ☐ Judgment lien from a lawsuit

☐ Check if this claim relates to a          ■ Other (including a right to offset)     **Deed of Trust and Note held in name of Len Salas. Debtor**
   community debt                                                                    **not personally liable**

Date debt was incurred  **2007** _____     Last 4 digits of account number  **9438** _____

---

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$1,037,592.78** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$1,037,592.78** |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 3:20-ap-90027     Doc 73-6     Filed 07/29/22     Entered 07/29/22 18:53:45     Desc
Exhibit 9 M Salas Schedules Excerpt     Page 20 of 37

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Max E. Salas** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF DISTRICT OF COLUMBIA |
| Case number | 18-00260 |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:      List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☐ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** **Internal Revenue Service** | Last 4 digits of account number _____ | $2,881.09 | $2,881.09 | $0.00 |

| Priority Creditor's Name |  |
|---|---|
| **Cental Insolvency Operation** | When was the debt incurred?     2016 |
| **PO Box 7346** | |
| **Philadelphia, PA 19101-7346** | |
| Number Street City State Zip Code | |

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only          ☐ Contingent

☐ Debtor 2 only          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only          ☐ Disputed

☐ At least one of the debtors and another          **Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**          ☐ Domestic support obligations

**Is the claim subject to offset?**          ■ Taxes and certain other debts you owe the government

■ No          ☐ Claims for death or personal injury while you were intoxicated

☐ Yes          ☐ Other. Specify _____

**Federal income taxes owed 2016**

Debtor 1   **Max E. Salas**

Case number (if know)   **18-00260**

| 2.2 | **Internal Revenue Service** | Last 4 digits of account number | | $4,548.00 | $4,548.00 | $0.00 |

Priority Creditor's Name

**Cental Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

When was the debt incurred?   **2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
   **Federal taxes 2015**

---

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | | Total claim |

| 4.1 | **All American Ambulance** | Last 4 digits of account number | 3887 | $60.00 |

Nonpriority Creditor's Name

**c/o Creditor Claims of America**
**PO Box 7579**
**Silver Spring, MD 20907-7579**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Unpaid medical debt**

---

Debtor 1   **Max E. Salas**                                                                    Case number (if know)   **18-00260**

---

| 4.2 | **Barclaycard - Frontier Airline** | Last 4 digits of account number | **6086** | **$5,646.95** |

Nonpriority Creditor's Name
**Card Services**
**P.O. Box 13337**
**Philadelphia, PA 00191-0733**

When was the debt incurred?   **2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit card purchases**

---

| 4.3 | **Capitol Hill Dental Group** | Last 4 digits of account number | | **$3,018.00** |

Nonpriority Creditor's Name
**412 First Street SE**
**Washington, DC 20003**

When was the debt incurred?   **2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical debt - dental**

---

| 4.4 | **Columbia Restoration** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**8017 Dorsey Run Road**
**Suite F**
**Jessup, MD 20794**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Unpaid storage fees for cleaned/restored property held at premises (June 2017 to present)**

☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

Debtor 1    **Max E. Salas**
Case number (if know)    **18-00260**

---

| 4.5 | **Estate of Nina Brekelmans** | Last 4 digits of account number _____ | $7,500,000.00 |

Nonpriority Creditor's Name
**c/o Nicolaas & Gail Brekelmans
PO Box 311
#031105664
Mendham, NJ 07945**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **April 11, 2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Judgment - wrongful death and survival action
Judgment docket instead of Judgment document filed with DC Recorder of Deeds - No lien due due to improper recording of judgment before bankruptcy. Judgment on appeal.**

■ Other. Specify

---

| 4.6 | **Estate of Patrick McLoughlin** | Last 4 digits of account number _____ | $7,700,000.00 |

Nonpriority Creditor's Name
**c/o Michael McLoughlin, Jr.
& Martha Johnson
43576 Ridge Court
Leonardtown, MD 20650**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **April 11, 2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Judgment - wrongful death and survival action
Judgment docket instead of Judgment document filed with DC Recorder of Deeds - No lien due to improper recording of judgment before bankruptcy. Judgment on appeal.**

■ Other. Specify

---

Official Form 106 E/F
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Schedule E/F: Creditors Who Have Unsecured Claims

Page  4 of 10

Best Case Bankruptcy

Case 3:20-ap-90027    Doc 73-6    Filed 07/29/22    Entered 07/29/22 18:53:45    Desc
Exhibit 9 M Salas Schedules Excerpt    Page 24 of 37

Debtor 1   **Max E. Salas** _____   Case number (if know)   **18-00260**

---

| 4.7 | **GW University Hospital** | Last 4 digits of account number | **2942** | $104.01 |

Nonpriority Creditor's Name
**900 23rd Street, NW**
**Washington, DC 20037**

When was the debt incurred?   **6/8/2017**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

Type of NONPRIORITY unsecured claim:

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No
□ Yes

□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Unpaid medical debt**

---

| 4.8 | **Hangar Prothetics Orthotics** | Last 4 digits of account number | **7644** | $93.00 |

Nonpriority Creditor's Name
**c/o TEK-Collect, Inc.**
**871 Park St.**
**Columbua, OH 43215-1441**

When was the debt incurred?   **2016**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

Type of NONPRIORITY unsecured claim:

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No
□ Yes

□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Unpaid medical debt**

---

| 4.9 | **Hear.com** | Last 4 digits of account number | **5459** | $5,000.00 |

Nonpriority Creditor's Name
**396 Alhambra Circle #S-700**
**Coral Gables, FL 33134**

When was the debt incurred?   **August 16, 2017**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

Type of NONPRIORITY unsecured claim:

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No
□ Yes

□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical debt - hearing aides**

---

Debtor 1    **Max E. Salas**

Case number (if know)    **18-00260**

---

| 4.10 | **Hybrid American Construction** | Last 4 digits of account number _____ | **$4,200.00** |

Nonpriority Creditor's Name
**Company**
**1108 Exodus Drive**
**Gaithersburg, MD 20882**
Number Street City State Zip Code

**When was the debt incurred?**    **2018**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No
- ☐ Yes

- ■ Other. Specify    **Potential claim for contractor for unstarted roofing repair to property**

---

| 4.11 | **JP Recovery Services** | Last 4 digits of account number **7760** | **$57.58** |

Nonpriority Creditor's Name
**PO Box 16749**
**Rocky River, OH 44116-0749**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No
- ☐ Yes

- ■ Other. Specify _____

---

| 4.12 | **Kia Motors Finance Company** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**10550 Talbert Ave.**
**Fountain Valley, CA 92708**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No

- ■ Other. Specify    **Potential claim under auto lease agreement. Debtor is current under agreement.**

- ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Max E. Salas**                                              Case number (*if know*)   **18-00260**

---

| 4.1 3 | **Len Salas** | Last 4 digits of account number _____ | $428,614.90 |

Nonpriority Creditor's Name
**1018 Vince Court**
**Mufreesboro, TN 37128**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Claim for unpaid mortgage payments for note and Deed of Trust held by Len Salas with SunTrust but owed by Debtor due to ownership interest in property**

---

| 4.1 4 | **Marty Sullivan, Esq.** | Last 4 digits of account number _____ | $4,000.00 |

Nonpriority Creditor's Name
**1909 M St., NW**
**Suite 200**
**Washington, DC 20007**
Number Street City State Zip Code

When was the debt incurred?   **Dec 2017**

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Legal fees - land use attorney**

---

| 4.1 5 | **MediCredit, Inc.** | Last 4 digits of account number   **2827;8331;0 809** | $60.00 |

Nonpriority Creditor's Name
**PO Box 1629**
**Maryland Heights, MO 63043-0629**
Number Street City State Zip Code

When was the debt incurred?   **2014**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Unpaid medical debt**

---

Official Form 106 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 7 of 10
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 3:20-ap-90027   Doc 73-6   Filed 07/29/22   Entered 07/29/22 18:53:45   Desc
Exhibit 9 M Salas Schedules Excerpt   Page 27 of 37

Debtor 1   **Max E. Salas**                                     Case number *(if know)*   **18-00260**

---

| 4.1 6 | **T. Rowe Price** | Last 4 digits of account number | **6030** | $9,629.86 |

Nonpriority Creditor's Name
**Attn: Cornet Inc.**
**6800 Versar Center, Ste 216**
**Springfield, VA 22151-4177**
Number Street City State Zip Code

**When was the debt incurred?**   **2/21/2014**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

- ☐ No
- ■ Yes

- ■ Other. Specify   **Tax deferred loan from 401(k)**

---

| 4.1 7 | **Washington Nationals** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**1500 South Capital Street, SE**
**Washington, DC 20003**
Number Street City State Zip Code

**When was the debt incurred?**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ■ Other. Specify   **Potential obligation for future ticket purchases**

---

| 4.1 8 | **Washington Redskins** | Last 4 digits of account number | **1998** | $7,200.00 |

Nonpriority Creditor's Name
**21300 Redskins Park Dr.**
**Ashburn, VA 20147**
Number Street City State Zip Code

**When was the debt incurred?**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ■ Other. Specify   **Claim for NFL season tickets x2**

---

Debtor 1  **Max E. Salas**

Case number (if know)   **18-00260**

| 4.1 9 | **Wizards Monumental Sports** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**& Entertainment**
**601 F Street, NW**
**3rd Floor**
**Washington, DC 20004**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Potential obligation for future ticket purchases**

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Georgetown University Hospital**
**c/o Financial Reporting**
**8020 Corporate Drive**
**Notingham, MD 21236**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.15** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Patrick M. Regan, Esq.**
**Regan Zambri & Long, PLLC**
**1919 M Sreet, NW**
**Suite 350**
**Washington, DC 20036**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.5** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                             ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Richard A. Bussey, Esq.**
**Stein Mitchell Cipollone Beato**
**1100 Connecticutt Ave., NW**
**Suite 1100**
**Washington, DC 20036**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                             ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Part 4:**   **Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | Total Claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $ **0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. $ **7,429.09** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $ **0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. $ **0.00** |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. $ **7,429.09** |

Total Claim

| Debtor 1 | **Max E. Salas** | | Case number (if know) | **18-00260** |

| | | | | | |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | **0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | **0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | **0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | **15,667,684.30** |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | **15,667,684.30** |

Official Form 106 E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 10 of 10

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 3:20-ap-90027    Doc 73-6    Filed 07/29/22    Entered 07/29/22 18:53:45    Desc
Exhibit 9 M Salas Schedules Excerpt    Page 30 of 37

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Max E. Salas** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF DISTRICT OF COLUMBIA |
| Case number | 18-00260 |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 **Hybrid American Construction Company**<br>**1108 Exodus Drive**<br>**Gaithersburg, MD 20882** | **Contract for unstarted  roofing work for Property - $4,200.00** |
| 2.2 **Kia Motors Finance Company**<br>**10550 Talbert Ave.**<br>**Fountain Valley, CA 92708-6031** | **Auto lease** |
| 2.3 **Washington Nationals**<br>**1500 South Capital Street, SE**<br>**Washington, DC 20003** | **Contract for purchase of Washington Nationals season tickets** |
| 2.4 **Washington Redskins**<br>**21300 Redskins Park Dr.**<br>**Ashburn, VA 20147** | **Contract for purchase of Washington Redskins NFL season tickets** |
| 2.5 **Wizards Monumental Sports & Entertainment**<br>**601 F Street, NW**<br>**3rd Floor**<br>**Washington, DC 20004** | **Contract for purchase of Washington Wizards NBA season tickets** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify your case: | |
|---|---|

Debtor 1 **Max E. Salas**
First Name    Middle Name    Last Name

Debtor 2
(Spouse if, filing)
First Name    Middle Name    Last Name

United States Bankruptcy Court for the: DISTRICT OF DISTRICT OF COLUMBIA

Case number **18-00260**
(if known)

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| Column 1: **Your codebtor** Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.1 **Len Salas** 1018 Vince Ct. Mufreesboro, TN 37128 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.5__ ☐ Schedule G _____ **Estate of Nina Brekelmans** |
| 3.2 **Len Salas** 1018 Vince Ct. Mufreesboro, TN 37128 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.6__ ☐ Schedule G _____ **Estate of Patrick McLoughlin** |
| 3.3 **Len Salas** 1018 Vince Court Mufreesboro, TN 37128 **Deed of Trust and Note held in name of Len Salas** | ■ Schedule D, line __2.2__ ☐ Schedule E/F, line _____ ☐ Schedule G _____ **SunTrust Mortgage, Inc.** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Max E. Salas** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF DISTRICT OF COLUMBIA |
| Case number (If known) | **18-00260** |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                    12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | Occupation | VP, Bus. Development - retired | |
| | Employer's name | Cornet Technology, Inc. | |
| | Employer's address | 6800 Versar Center, Suite 216<br>Springfield, VA 22151 | |
| | How long employed there? | | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $      1,333.37 | $      N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$      0.00 | +$      N/A |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $      1,333.37 | $      N/A |

Case 18-00260    Doc 12    Filed 05/02/18    Entered 05/02/18 15:25:50    Desc Main
Document    Page 34 of 37

| Debtor 1 | **Max E. Salas** | | Case number *(if known)* | **18-00260** |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | 4. | $ **1,333.37** | $ **N/A** |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ **131.78** | $ **N/A** |
| 5b. Mandatory contributions for retirement plans | 5b. | $ **133.34** | $ **N/A** |
| 5c. Voluntary contributions for retirement plans | 5c. | $ **0.00** | $ **N/A** |
| 5d. Required repayments of retirement fund loans | 5d. | $ **0.00** | $ **N/A** |
| 5e. Insurance | 5e. | $ **187.27** | $ **N/A** |
| 5f. Domestic support obligations | 5f. | $ **0.00** | $ **N/A** |
| 5g. Union dues | 5g. | $ **0.00** | $ **N/A** |
| 5h. Other deductions. Specify: | 5h.+ | $ **0.00** + | $ **N/A** |

**6. Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. — 6. $ **452.39**  $ **N/A**

**7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. — 7. $ **880.98**  $ **N/A**

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm. Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **0.00** | $ **N/A** |
| 8b. Interest and dividends | 8b. | $ **0.00** | $ **N/A** |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive. Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **N/A** |
| 8d. Unemployment compensation | 8d. | $ **0.00** | $ **N/A** |
| 8e. Social Security | 8e. | $ **2,389.00** | $ **N/A** |
| 8f. Other government assistance that you regularly receive. Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ **0.00** | $ **N/A** |
| 8g. Pension or retirement income | 8g. | $ **0.00** | $ **N/A** |
| 8h. Other monthly income. Specify: | 8h.+ | $ **0.00** + | $ **N/A** |

**9. Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. — 9. $ **2,389.00**  $ **N/A**

**10. Calculate monthly income.** Add line 7 + line 9. — 10. $ **3,269.98** + $ **N/A** = $ **3,269.98**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11. State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: — 11. +$ **0.00**

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies — 12. $ **3,269.98**
**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain: **Payments from Cornet Technology, Inc. to cover insurance expenses and 401(k) loan repayment will cease following May 3, 2018.**

**Income may increase due to potential freelance consulting work.**

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Max E. Salas** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF DISTRICT OF COLUMBIA |
| Case number (If known) | **18-00260** |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☒ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ☒ No

   Do not list Debtor 1 and Debtor 2.     ☐ Yes.  Fill out this information for each dependent..............

   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No  ☐ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ☒ No    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

| | | | |
|---|---|---|---:|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | **6,800.00** |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | **0.00** |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | **725.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | **2,000.00** |
| 4d. | Homeowner's association or condominium dues | 4d. $ | **0.00** |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | **0.00** |

| Debtor 1 | **Max E. Salas** | | Case number (if known) | **18-00260** |

| 6. | **Utilities:** | | | |
|---|---|---|---|---|
| | 6a. | Electricity, heat, natural gas | 6a. $ | **200.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **180.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **250.00** |
| | 6d. | Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. $ | **1,050.00** |
| 8. | **Childcare and children's education costs** | | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | **680.00** |
| 10. | **Personal care products and services** | | 10. $ | **300.00** |
| 11. | **Medical and dental expenses** | | 11. $ | **50.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | **290.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | **3,000.00** |
| 14. | **Charitable contributions and religious donations** | | 14. $ | **200.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | **0.00** |
| | 15b. | Health insurance | 15b. $ | **0.00** |
| | 15c. | Vehicle insurance | 15c. $ | **227.83** |
| | 15d. | Other insurance. Specify: **Casualty** | 15d. $ | **346.47** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | **552.46** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. | Other. Specify: | 17c. $ | **0.00** |
| | 17d. | Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | **0.00** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: | | 21. +$ | **0.00** |

| 22. | **Calculate your monthly expenses** | | |
|---|---|---|---|
| | 22a. Add lines 4 through 21. | $ | **16,851.76** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | **16,851.76** |

| 23. | **Calculate your monthly net income.** | | |
|---|---|---|---|
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **3,269.98** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | **16,851.76** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | **-13,581.78** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes. | Explain here: **Expected decreases to expenses due to budgeting efforts to be undertaken by debtor.** |

**Fill in this information to identify your case:**

| Debtor 1 | **Max E. Salas** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF DISTRICT OF COLUMBIA | | |
| Case number (if known) | 18-00260 | | |

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Max E. Salas** | X |
|---|---|
| **Max E. Salas** | |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **May  2, 2018** | Date |

Official Form 106Dec              Declaration About an Individual Debtor's Schedules

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy