| Debtor 1 | Max E. Salas | Case number *(if known)* | 18-00260 |
|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☐ No
   ■ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Len Salas<br>1018 Vince Court<br>Mufreesboro, TN 37128 | 4/6/2017, 5/3/2017, 12/11/2017, 2/27/2018, 4/5/2018 | $1,656.66 | Unknown | Reimbursement of travel an other expenses associated with Superior Court trials. |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☐ No
   ■ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| Len Salas<br>1018 Vince Court<br>Mufreesboro, TN 37128 | 3/26/2018 | $2,000.00 | Unknown | Payment of attorney fees associated with DC Superior Court Cases<br>Paid to:<br>Michael C. Forster, Esq.<br>Forster Law Firm<br>2007 Vermont Ave., NW<br>Washington, DC 20001 |

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Michael McLoughlin, Jr. et al. v. Len Salas, et al.<br>2015 CA 0008054 B | wrongful death and survival actions | DC Superior Court<br>500 Indiana Ave., NW<br>Washington, DC 20001 | ☐ Pending<br>■ On appeal<br>☐ Concluded |
| Nina Brekelmans, et al. v. Len Salas, et al.<br>2015 CA 0008061 B | wrongful death and survival actions | DC Superior Court<br>500 Indiana Ave., NW<br>Washington, DC 20001 | ☐ Pending<br>■ On appeal<br>☐ Concluded |

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 5
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 3:20-ap-90027    Doc 73-7    Filed 07/29/22    Entered 07/29/22 18:53:45    Desc
Exhibit 16 M Salas Statement of Financial Affairs Excerpt    Page 1 of 2

| Debtor 1 | Max E. Salas | Case number (*if known*) | 18-00260 |
|---|---|---|---|

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**25. Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

### Part 11: Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

■ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| CLR Inc.<br>1610 Riggs Place, NW<br>Washington, DC 20009 | Revoked DC Corporatin with interests reverting to Debtor. Name of business used by debtor following revokation. | EIN: 52-2080620<br>From-To 1995 - 2009 |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ No
☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 9

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 3:20-ap-90027    Doc 73-7    Filed 07/29/22    Entered 07/29/22 18:53:45    Desc
Exhibit 16 M Salas Statement of Financial Affairs Excerpt    Page 2 of 2