# Cox, Joshua W.

| | |
|---|---|
| **From:** | Ron Salas <ronsalas@salaslegal.com> |
| **Sent:** | Wednesday, February 14, 2018 3:48 PM |
| **To:** | Albert, Marc |
| **Cc:** | maxsalas@aol.com; m.salas1953@gmail.com |
| **Subject:** | Signed Trust |
| **Attachments:** | Trust Doc.pdf |

My apologies for the delay. I have the originals.

Regards,
Ron

Ron Salas, Esq.

ronsalas@salaslegal.com
Office (970) 232.3330
Fax (877) 667-2860

**Fort Collins**
323 W Drake Road, Suite 116
Fort Collins, CO 80526

**Greeley**
4290 West 10th Street, Suite 110
Greeley, CO 80634

www.thesalaslawfirm.com

**CONFIDENTIALITY NOTICE**: This e-mail transmission and any accompanying documents contain information belonging to the sender which may be confidential and attorney-client or attorney-work-product privileged. This information is intended only for the use of the recipient named above and any other person who has been specifically authorized herein to receive it, and the referenced legal privileges are not waived by virtue of the information having been sent by e-mail. If you are not the intended recipient, you are hereby notified that any use, disclosure, distribution, copying, or action taken in reliance upon the contents of the information contained in this e-mail is strictly prohibited. If you have received this e-mail in error, or if any problems occur with the transmission, please immediately notify the sender. Thank you.

 Virus-free. www.avg.com

**Cox, Joshua W.**

| | |
|---|---|
| **From:** | Albert, Marc |
| **Sent:** | Wednesday, March 07, 2018 11:11 AM |
| **To:** | 'Rod R. Barnes' |
| **Cc:** | 'Max Salas' |
| **Subject:** | RE: Signed Trust |

Sorry I meant Ron Salas.

**From:** Cox, Joshua W.
**Sent:** Wednesday, March 07, 2018 11:04 AM
**To:** Albert, Marc
**Subject:** RE: Signed Trust

I think you meant Ron Salas.

Joshua W. Cox
Attorney
Washington
202.728.3023
x63023

**From:** Albert, Marc
**Sent:** Wednesday, March 07, 2018 11:03 AM
**To:** Rod R. Barnes; Max Salas
**Cc:** Cox, Joshua W.
**Subject:** FW: Signed Trust

Clarification. I spoke to Ron Barnes this morning. He indicated he misspoke in his email. He gave the originals to his father so they could be recorded in DC. He only retained a copy of the signed documents.

Marc E. Albert
Partner
Washington
202.728.3020
x63020

**From:** Ron Salas [mailto:ronsalas@salaslegal.com]
**Sent:** Wednesday, February 14, 2018 3:48 PM
**To:** Albert, Marc
**Cc:** maxsalas@aol.com; m.salas1953@gmail.com
**Subject:** Signed Trust

My apologies for the delay. I have the originals.

Regards,
Ron

Ron Salas, Esq.

ronsalas@salaslegal.com
Office (970) 232.3330
Fax (877) 667-2860

**Fort Collins**
323 W Drake Road, Suite 116
Fort Collins, CO 80526

**Greeley**
4290 West 10th Street, Suite 110
Greeley, CO 80634

www.thesalaslawfirm.com

**CONFIDENTIALITY NOTICE**: This e-mail transmission and any accompanying documents contain information belonging to the sender which may be confidential and attorney-client or attorney-work-product privileged. This information is intended only for the use of the recipient named above and any other person who has been specifically authorized herein to receive it, and the referenced legal privileges are not waived by virtue of the information having been sent by e-mail. If you are not the intended recipient, you are hereby notified that any use, disclosure, distribution, copying, or action taken in reliance upon the contents of the information contained in this e-mail is strictly prohibited. If you have received this e-mail in error, or if any problems occur with the transmission, please immediately notify the sender. Thank you.


Virus-free. www.avg.com