UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>MAX E. SALAS,<br><br>      Debtor In Possession. | Case No. 18-00260<br>Chapter 11 |
| NICOLAAS J. BREKELMANS AND GAIL GREGORY BREKELMANS, TRUSTEES OF THE ESTATE OF NINA BREKELMANS;<br>And<br><br>MICHAEL McLOUGHLIN AND MARTHA JOHNSON, TRUSTEES OF THE ESTATE OF PATRICK McLOUGHLIN<br><br>      Movants,<br><br>vs.<br><br>MAX E. SALAS<br><br>      Respondent. | |

**DEBTOR'S RESPONSES TO MOVANTS' FIRST SET REQUEST FOR PRODUCTION OF DOCUMENTS RE: THE MOVANTS' OBJECTION TO TH DEBTOR'S CLAIM OF EXEMPTIONS TO HIS RESIDENCE AND THE MOVANTS MOTION TO DISMISS OR CONVERT**

TO:    Philip McNutt, Esq. Law Office of Philip J. McNutt, PLLC, 11921 Freedom Drive, Suite 584, Reston, VA 20190

Pursuant to Bankruptcy Rules 7033 and 7026-1(B), and Rule 33 of the Federal Rules of

Civil Procedure, Max E. Salas, the debtor and debtor-in-possession ("Debtor") in this Chapter 11

case hereby responds to the July 3, 2018 First Request for Production of Documents served by

Movant's Nicolaas J. Brekelmans and Gail Gregory Brekelmans, Trustees for the Estate of Nina

1.   CORE/3502869.0005/141727844.1

Brekelmans ("Brekelmans Estate") and Michael McLoughlin and Martha Johnson, Trustees for the Estate of Patrick McLoughlin ("McLoughlin Estate," and collectively with the Brekelmans Estate, the "Estates")..

## GENERAL OBJECTIONS

The Debtor objects to each of the Estates' request for production of documents to the extent that each broadens the scope of a permissible interrogatory or is otherwise inconsistent with the Federal Rules of Civil Procedure or Federal Bankruptcy Rules. The Debtor further objects to each interrogatory to the extent that it calls for the disclosure of privileged information.

## RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST NO. 1**: All documents which are identified in your answers to the Interrogatories propounded by the Movants herein.

> **ANSWER**: Subject to the general objections, the Trustee will produce for inspection and copying any documents responsive to this request, in his possession, custody and control, if any.

**REQUEST NO. 2**: All documents which concern, or relate to, your answers to the Interrogatories propounded by the Movants herein.

> **ANSWER**: Subject to the general objections, the Trustee will produce for inspection and copying any documents responsive to this request, in his possession, custody and control, if any.

**REQUEST NO. 3**: All documents which relate to all known or anticipated sources of income to the Debtor, including any known or anticipated source of funding for a proposed Plan of Reorganization.

CORE/3502869.0005/141727844.1

2

Case 3:20-ap-90027    Doc 73-11    Filed 07/29/22    Entered 07/29/22 18:53:45    Desc
Exhibit 21 M Salas Responses to Creditors Request for Production (D.C.)    Page 2 of 6

**ANSWER**: Subject to the general objections, the Trustee will produce for inspection and copying any documents responsive to this request, in his possession, custody and control, if any.

**REQUEST NO. 4**: All documents which concern, or relate to, the Trust, including all drafts of trust documents, all deeds, deeds of trust and related documents and all communications regarding the Trust.

**ANSWER**: Subject to the general objections, the Trustee will produce for inspection and copying any documents responsive to this request, in his possession, custody and control, if any.

**REQUEST NO. 5**: All Documents regarding communications you had with your sons, or any other party, concerning the Trust.

**ANSWER**: Subject to the general objections, the Trustee will produce for inspection and copying any documents responsive to this request, in his possession, custody and control, if any.

**REQUEST NO. 6**: All Documents related to your travel to Colorado and lodging at or about the time of your execution of the Trust documents.

**ANSWER**: Subject to the general objections, the Trustee will produce for inspection and copying any documents responsive to this request, in his possession, custody and control, if any.

**REQUEST NO. 7**: All Documents related to your income, and expenses for the period January, 2017 through the present, including all correspondence with creditors or claimants and all documents related to payments you made to creditors for the same period.

**ANSWER**: Subject to the general objections, the Trustee will produce for inspection and copying any documents responsive to this request, in his possession, custody and control, if any.

**REQUEST NO. 8**: All Documents related to your 401k loan and repayments.

CORE/3502869.0005/141727844.1

3

Case 3:20-ap-90027    Doc 73-11    Filed 07/29/22    Entered 07/29/22 18:53:45    Desc
Exhibit 21 M Salas Responses to Creditors Request for Production (D.C.)    Page 3 of 6

**ANSWER:** Subject to the general objections, the Trustee will produce for inspection and copying any documents responsive to this request, in his possession, custody and control, if any.

**REQUEST NO. 9:** All Documents related to the claim of Len Salas identified in Schedule E/F of your schedules filed herein.

**ANSWER:** Subject to the general objections, the Trustee will produce for inspection and copying any documents responsive to this request, in his possession, custody and control, if any.

**REQUEST NO. 10:** All Documents related to communications with your sons, Len, Ron and Chris, related to the Superior Court litigation, the Trust, your bankruptcy filing or Len's bankruptcy filing, from the period, January, 2017 through the present.

**ANSWER:** Subject to the general objections, the Trustee will produce for inspection and copying any documents responsive to this request, in his possession, custody and control, if any.

**REQUEST NO. 11:** All Documents which relate to the Objection to your Exemption or the Motion to Dismiss filed herein by the Movants or your responses and/or oppositions to the Objection and Motion to Dismiss.

**ANSWER:** Subject to the general objections, the Trustee will produce for inspection and copying any documents responsive to this request, in his possession, custody and control, if any.

**REQUEST NO. 12:** All Documents which you provided to any Expert whom you intend to callas a witness in this matter.

**ANSWER:** Subject to the general objections, the Trustee will produce for inspection and copying any documents responsive to this request, in his possession, custody and control, if any.

CORE/3502869.0005/141727844.1

4

Case 3:20-ap-90027    Doc 73-11    Filed 07/29/22    Entered 07/29/22 18:53:45    Desc
Exhibit 21 M Salas Responses to Creditors Request for Production (D.C.)    Page 4 of 6

**REQUEST NO. 13:** All Documents which any Expert you intend to use as a witness in any hearing in this Case has provided to you, including all reports and drafts of reports you intend to use at trial and all documents set forth in Fed. R. Civ. P. 26 (a)(2)(B) and (C), as incorporated into these proceedings by Fed. R. Bankr. P. 7026, and 9014 (c).

> **ANSWER:** Subject to the general objections, the Trustee will produce for inspection and copying any documents responsive to this request, in his possession, custody and control, if any.

/s/ Joshua W. Cox
/s/ Joshua W. Cox
Marc E. Albert, No. 345181
Joshua W. Cox, No. 1033283
STINSON LEONARD STREET LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-3020
Fax (202) 572-9999
marc.albert@stinson.com
joshua.cox@stinson.com
*Attorneys for*
*Max E. Salas, Debtor and Debtor-In-Possession*

Dated: August 6, 2018

CORE/3502869.0005/141727844.1

5

Case 3:20-ap-90027   Doc 73-11   Filed 07/29/22   Entered 07/29/22 18:53:45   Desc
Exhibit 21 M Salas Responses to Creditors Request for Production (D.C.)   Page 5 of 6

## CERTIFICATE OF SERVICE

      I hereby certify that I did serve a copy of the foregoing Responses to Movant's First Set of Interrogatories on August 6, 2018, electronically via the Court's ECF system, and by electronic mail upon the following:

Philip J. McNutt, Esquire
Law Office of Philip J. McNutt, PLLC
11921 Freedom Drive
Suite 584
Reston, VA 20190

                                                       /s/ Joshua W. Cox
                                                       Joshua W. Cox

CORE/3502869.0005/141727844.1

6

Case 3:20-ap-90027    Doc 73-11    Filed 07/29/22    Entered 07/29/22 18:53:45    Desc
Exhibit 21 M Salas Responses to Creditors Request for Production (D.C.)    Page 6 of 6