
Marian F. Harrison
US Bankruptcy Judge

Dated: 5/23/2023

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE



| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 318-02662 |
| LEN SALAS, | ) |
| | ) JUDGE MARIAN F. HARRISON |
| Debtor. | ) |
| | ) CHAPTER 7 |
| NICOLAAS BREKELMANS AND GAIL GREGORY BREKELMANS, CO-PERSONAL REPRESENTATIVES OF THE ESTATE OF NINA BREKELMANS, | ) ADV. NO. 320-90027 |
| and | |
| MICHAEL MCLOUGHLIN AND MARTHA JOHNSON, CO-PERSONAL REPRESENTATIVES OF THE ESTATE OF PATRICK MCLOUGHLIN, | |
| Plaintiffs, | |
| v. | |
| MAX SALAS, | |
| Defendant. | |

**ORDER**

In accordance with the Memorandum Opinion filed contemporaneously with this Order, it is hereby **ORDERED** that the motions for summary judgment on Counts I, II, III, and VI of the plaintiffs' amended complaint are **DENIED**.

It is further **ORDERED** that Max Salas' motion for summary judgment on Counts IV and V of the plaintiffs' amended complaint is **GRANTED**.

**IT IS SO ORDERED.**

**This Order was signed and entered electronically as indicated at the top of the first page.**

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.