IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
Nashville

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| LEN SALAS | : | CASE No. 18-02662 |
| | | JUDGE: HARRISON |
| Debtor | : | |

| | | |
|---|---|---|
| NICOLAAS BREKELMANS AND GAIL GREGORY BREKELMANS, | : | |
| CO-PERSONAL REPRESENTATIVES OF THE ESTATE OF NINA | : | |
| BREKELMANS, et al | : | |
| Plaintiffs | : | |
| v. | : | Adversary Proceeding No. 3:20-ap-90027 |
| MAX SALAS | : | |
| Defendant | : | |

# ORDER GRANTING PLAINTIFFS' MOTION TO ALTER OR AMEND UNDER FED. R. BANKR. P. 9023

UPON CONSIDERATION OF the Plaintiffs' Motion to Alter or Amend the Court's Order of May 24, 2023, the Court having held a hearing thereon and overruled any Opposition filed or argued by the Defendant, cause having been shown to alter the Court's Order of May 24, 2023 as provided in Fed. R. Civ. P. 59, as incorporated into bankruptcy Adversary Proceedings

by Fed. R. Bank. P. 9023, it is

ORDERED, that the Plaintiffs' Motion is HEREBY GRANTED; and it is further

ORDERED, that, for the reasons stated in the Plaintiffs' Motion, and those stated at the hearing held on the Motion, Summary Judgment is GRANTED, to the Plaintiffs, on all Counts of the Amended Complaint filed herein on February 16, 2021, D-40.

**IT IS SO ORDERED.**

**This Order was signed and entered electronically as indicated
at the top of the first page**