
Marian F. Harrison
US Bankruptcy Judge

Dated: 8/16/2023

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Len Salas, | ) | Case No. 3:18-bk-02662 |
| | ) | Chapter 7 |
| Debtor. | ) | Judge Harrison |
| | ) | |
| Nicolaas Brekelmans and Gail Gregory Brekelmans, Co-Personal Representatives of the Estate of Nina Brekelmans | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Michael McLoughlin and Martha Johnson, Co-Personal Representatives of the Estate of Michael Patrick McLoughlin, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Ad Pro No. 3:20-ap-90027 |
| | ) | |
| Max Salas, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DENYING PLANITIFFS' MOTION TO ALTER OR AMEND UNDER FED. R. BANKR. P. 9023

This matter came before the Court for a hearing on the Plaintiffs' Motion to Alter or Amend Under Fed. R. Bankr. P. 9023 (Doc. 104) (the "Motion") and the Defendant's Response thereto (Doc. 107) (the "Response"); and appearances at the hearing having been made by Philip McNutt

on behalf of the Plaintiffs and by Phillip Young on behalf of the Defendant; and based upon the Motion, the Response, and arguments made by counsel at the hearing;

**IT IS HEREBY FOUND:**

    A.    Pursuant to Federal Bankruptcy Rule 7052, the Court hereby incorporates and adopts the findings and conclusions stated orally in open court on August 15, 2023.

    B.    The Plaintiffs have failed to meet the standards required to alter or amend the Court's prior order pursuant to Fed. R. Bankr. P. 9023 and F.R.C.P. 59.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

    1.    The Motion is hereby DENIED.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE**

Submitted for entry:

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Counsel for Defendant

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.