IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Len Salas, | ) | Case No. 3:18-bk-02662 |
| | ) | Chapter 7 |
|     Debtor. | ) | Judge Harrison |
| _____ | ) | |
| | ) | |
| Nicolaas Brekelmans and Gail Gregory | ) | |
| Brekelmans, Co-Personal Representatives | ) | |
| of the Estate of Nina Brekelmans | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Michael McLoughlin and Martha | ) | |
| Johnson, Co-Personal Representatives | ) | |
| of the Estate of Michael Patrick | ) | |
| McLoughlin, | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | Ad Pro No. 3:20-ap-90027 |
| | ) | |
| Max Salas, | ) | |
| | ) | |
|     Defendant. | ) | |

**NOTICE OF COUNTER-APPEAL AND STATEMENT OF ELECTION**

**Part 1: Identify the counter-appellant(s)**

1. Name(s) of appellant(s):  Max Salas

2. Position of counter-appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal: Defendant

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from: *Order on Motion for Summary Judgment* (Docket No. 102) and related *Memorandum Opinion* (Doc. No. 101).

2. State the date on which the judgment, order, or decree was entered: May 23, 2023

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

**Plaintiffs/Appellants/Counter-Appellees**
**Nicolaas Breklmans and Gail Gregory Brekelmans, Co-Personal Representatives of the Estate of Nina Brekelmans, and Michael McLoughlin and Martha Johnson, Co-Personal Representatives of the Estate of Michael Patrick McLoughlin**

Philip J. McNutt
Law Office of Philip J. McNutt PLLC
11921 Freedom Drive, Suite 584
Reston, VA 20190
703-904-4380
pmcnutt@mcnuttlawllc.com

and

Taylor A. Cates
Burch Porter & Johnson PLLC
130 North Court Avenue
Memphis, TN 38103
901-524-5165
tacates@bpjlaw.com


## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

Appellant elects to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

/s/ Phillip G. Young
Phillip G. Young, Jr.
Thompson Burton PLLC
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, Tennessee 37067
Tel:  615-465-6008
phillip@thompsonburton.com

Attorneys for Max Salas