IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Len Salas, | ) | Case No. 3:18-bk-02662 |
| | ) | Chapter 7 |
|     Debtor. | ) | Judge Harrison |
| _____ | ) | |
| | ) | |
| Nicolaas Brekelmans and Gail Gregory | ) | |
| Brekelmans, Co-Personal Representatives | ) | |
| of the Estate of Nina Brekelmans | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Michael McLoughlin and Martha | ) | |
| Johnson, Co-Personal Representatives | ) | |
| of the Estate of Michael Patrick | ) | |
| McLoughlin, | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | Ad Pro No. 3:20-ap-90027 |
| | ) | |
| Max Salas, | ) | |
| | ) | |
|     Defendant. | ) | |

**COUNTER-APPELLANT'S DESIGNATION OF
RECORD ON APPEAL AND STATEMENT OF ISSUES**

COMES NOW Max Salas ("Counter-Appellant" or "Salas"), and pursuant to Rule 8006

of the Federal Rules of Bankruptcy Procedure, respectfully (i) designates the items listed below

as the record on appeal from the *Order on Motion for Summary Judgment* (Docket No. 102) and

related *Memorandum Opinion* (Doc. No. 101)[1] (collectively, the "Order") entered in the above-

---

[1] Unless otherwise noted, the Docket Numbers cited herein reference Case No. 3:20-ap-90027, though some documents filed in the main bankruptcy case are also relevant to this counter-appeal.

referenced matter on May 23, 2023, by the United States Bankruptcy Court for the Middle District of Tennessee, the Honorable Marian F. Harrison (the "Bankruptcy Court"), and (ii) presents his statements of issues on appeal.

A. DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

| Item No. | Case No. | Docket No. | Date Filed | Description |
|---|---|---|---|---|
| 1. | 3:20-ap-90027 | 1 | 3/2/2020 | Complaint |
| 2. | 3:20-ap-90027 | 40 | 2/16/21 | Amended Complaint |
| 3. | 3:20-ap-90027 | 42 | 3/9/21 | Answer to Amended Complaint |
| 4. | 3:20-ap-90027 | 73 | 8/1/22 | Plaintiffs' Motion for Summary Judgment |
| 5. | 3:20-ap-90027 | 74 | 8/1/22 | Brief in Support of Plaintiffs' Motion for Summary Judgment |
| 6. | 3:20-ap-90027 | 75 | 8/12/22 | Defendant's Objection to Plaintiffs' Motion for Summary Judgment |
| 7. | 3:20-ap-90027 | 76 | 8/23/22 | Plaintiffs' Response to Defendant's Objection to Plaintiffs' Motion for Summary Judgment |
| 8. | 3:20-ap-90027 | 77 | 9/12/22 | Order Scheduling Hearing on Plaintiffs' Motion for Summary Judgment |
| 9. | 3:20-ap-90027 | 79 | 9/19/22 | Plaintiffs' Amended Response to Defendant's Objection to Plaintiffs' Motion for Summary Judgment |
| 10. | 3:20-ap-90027 | 81 | 9/28/22 | Defendant's Response to Plaintiffs' Supplemental List of Undisputed Facts |
| 11. | 3:20-ap-90027 | 83 | 1/5/23 | Order Scheduling Hearing |
| 12. | 3:20-ap-90027 | 89 | 2/21/23 | Defendant's Motion for Summary Judgment |
| 13. | 3:20-ap-90027 | 90 | 2/21/23 | Defendant's Statement of Undisputed Facts |
| 14. | 3:20-ap-90027 | 91 | 2/21/23 | Defendant's Brief in Support of Motion for Summary Judgment |

| 15. | 3:20-ap-90027 | 92 | 2/21/23 | Supplemental Memorandum in Support of Plaintiffs' Motion for Summary Judgment |
| --- | --- | --- | --- | --- |
| 16. | 3:20-ap-90027 | 94 | 3/7/23 | Defendant's Response to Plaintiffs' Supplemental Memorandum |
| 17. | 3:20-ap-90027 | 95 | 3/7/23 | Plaintiffs' Opposition to Defendant's Motion for Summary Judgment |
| 18. | 3:20-ap-90027 | 100 | 3/26/23 | Plaintiffs' Second Supplemental Brief in Support of Plaintiffs' Motion for Summary Judgment |
| 19. | 3:20-ap-90027 | 101 | 5/24/23 | Memorandum Opinion |
| 20. | 3:20-ap-90027 | 102 | 5/24/23 | Order on Motions for Summary Judgment |
| 21. | 3:20-ap-90027 | 104 | 6/7/23 | Plaintiffs' Motion to Alter or Amend |
| 22. | 3:20-ap-90027 | 107 | 6/21/23 | Defendant's Response to Plaintiffs' Motion to Alter or Amend |
| 23. | 3:20-ap-90027 | 109 | 8/16/23 | Order Denying Plaintiff's Motion to Alter or Amend |
| 24. | 3:20-ap-90027 | 113 | 8/28/23 | Plaintiffs' Motion for Leave to Appeal |
| 25. | 3:18-bk-02662 | Claim No. 5 | 8/7/18 | Claim of Estate of Michael Patrick McLoughlin |
| 26. | 3:18-bk-02662 | Claim No. 6 | 8/7/18 | Claim of Estate of Nina Brekelmans |

B. STATEMENT OF ISSUES ON APPEAL

I. Whether the Bankruptcy Court erred in denying Salas' motion for summary judgment on Count I, pursuant to 11 U.S.C. § 544(a)(3).[2]

II. Whether the Bankruptcy Court erred in denying Salas' motion for summary judgment on Count II, pursuant to 11 U.S.C. § 544(a)(1).

III. Whether the Bankruptcy Court erred in denying Salas' motion for summary judgment on Count III, pursuant to 11 U.S.C. § 544(a)(2).

---

2 More specifically, the central issue as to whether the Court should have granted Salas' motion for summary judgment on Counts I, II, and III, is whether the Court should have found that the Plaintiffs' recording of their judgment against Max Salas and Len Salas in the District of Columbia Recorder of Deeds put all third parties on inquiry notice of facts that would defeat a good faith claim to the property (whether by a bona fide purchaser, a lienholder, or a creditor).

/s/ Phillip G. Young
Phillip G. Young, Jr.
Thompson Burton PLLC
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, Tennessee 37067
Tel:  615-465-6008
phillip@thompsonburton.com


Attorneys for Max Salas