**SO ORDERED.**
**SIGNED 22nd day of September, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

**Nancy B. King**
**U.S. Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **LEN SALAS,** | ) | **Case No. 3:18-bk-02662** |
| **Debtor.** | ) | **Chapter 11** |
| | ) | **Judge Nancy B. King** |
| | ) | |
| **NICOLAAS BREKELMANS and GAIL GREGORY BREKELMANS, CO-PERSONAL REPRESENTATIVES OF THE ESTATE OF NINA BREKELMANS,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Adversary No: 3:20-ap-90027** |
| | ) | |
| **MAX SALAS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER SETTING PRETRIAL CONFERENCE

Adversary Proceeding 3:20-ap-90027 is before the Court after remand from the United States District Court. The parties are instructed to complete the Pretrial Worksheet attached to this Order and file it with the Court no later than November 24, 2026. Filing of the Pretrial Worksheet

will cancel the scheduled pretrial conference. If the parties are unable to complete the Pretrial Worksheet by agreement, the Court will conduct a pretrial conference on Tuesday, December 1, 2026 at 10:15 A.M., Courtroom 3 via Zoom (audio only), *CALL-IN NUMBER: 833-568-8864 MEETING ID: 160 2983 9352.*

**IT IS SO ORDERED.**

| **THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY<br>AS INDICATED AT THE TOP OF THE FIRST PAGE** |
|---|

## HON. NANCY B. KING
## JOINT PRETRIAL WORKSHEET

**PRETRIAL CONFERENCE DATE:** ____________________________

**CASE NO.** _____________________ **ADV. NO.** __ _________________

**CASE NAME:** _______________________________________________

**Attorney for Plaintiff:** ____________________________________

**Attorney for Defendant:** ___________________________________

**Rule 26 Disclosures due by:** _____________________________________

☐ Check here if parties intend to manage Rule 26 Disclosures

**Discovery due by:** _____________________________________________

**Expert Reports, if applicable, due by:** ____________________________

**Dispositive Motions due by:** ____________________

**Response(s) due by:** ______________________

**Reply(s) due by:** ________________________

*Dispositive Motions Hearing to be set by the Court

**Anticipated Length of Trial:** ☐½ day ☐1 day ☐2 days ☐ Other: _______

**Proposed Trial Dates:** __________________________@_______AM

__________________________@_______AM

__________________________@_______AM

***This Worksheet is to be completed, attached as an Exhibit to the Joint Pretrial Statement, and filed five days prior to the Pretrial Conference.***